IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER CARSTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVE SACKS, et al., )<br>)<br>Defendants. ) | No. 2:03-cv-1490<br>Judge Thomas M. Hardiman |

**MEMORANDUM ORDER**

Plaintiff's complaint was received by the Clerk of Court on October 6, 2003, and was referred to United States Magistrate Judge Amy Reynolds Hay for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1) and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation (Doc. No. 91), filed on February 7, 2007, recommended that Defendants' Motions for Summary Judgment (Doc. Nos. 75, 80, and 83) be granted. Plaintiff was served with the Report and, on March 2, 2007, sought an extension of time to file Objections to the Report. On March 5, 2007, the Magistrate Judge granted Plaintiff's motion, giving him until March 28, 2007 to file Objections. As of March 30, 2007, however, Plaintiff has neither filed his Objections, nor sought a further extension.

Accordingly, after review of the pleadings and documents in this case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 30th day of March, 2007:

(1) IT IS HEREBY ORDERED THAT the Motions for Summary Judgment filed by Defendants (Doc. Nos. 75, 80, and 83) are GRANTED;

(2) IT IS FURTHER ORDERED THAT the Clerk of Court is to mark this action CLOSED.

(3) IT IS FURTHER ORDERED THAT the Report and Recommendation (Doc. No. 91) of Magistrate Judge Hay, dated February 7, 2007, is adopted as the opinion of the Court.

s/ *Thomas M. Hardiman*
THOMAS M. HARDIMAN
United States District Judge

cc:   Hon. Amy Reynolds Hay
      United States Magistrate Judge

| | | |
|---|---|---|
| Christopher Carston | Kemal Alexander Mericli | A. Tracey Campbell, Esq. |
| 808 S. 11th Street | Deputy Attorney General | White & Williams |
| Larott, AL 36863 | Office of the Attorney General | 1235 Westlakes Drive |
| | 6th Floor, Manor Complex | Suite 310, One Westlakes |
| | 564 Forbes Avenue | Berwyn, PA   19312 |
| | Pittsburgh, PA   15219 | |